**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**RICKEY RONNELL EWING**                                              **PLAINTIFF**

**v.**                                                                  **No. 4:14CV98-SA-DAS**

**LOUIS KEATON, ET AL.**                                              **DEFENDANTS**

**ORDER *DENYING* PLAINTIFF'S MOTION [39]
FOR RECONSIDERATION, *DENYING* PLAINTIFF'S
THIRD MOTION [40] TO APPEAL *IN FORMA PAUPERIS***

This matter comes before the court on the plaintiff's motion [39] for reconsideration of the court's order [36] denying the plaintiff's second motion [34] to appeal *in forma pauperis*. The court denied the plaintiff pauper status on appeal because he has not addressed the court's conclusion that there are no genuine, good-faith issues upon which to base an appeal. As such, the plaintiff's request for reconsideration is **DENIED**, and, for the reasons set forth in the court's previous order [36], the plaintiff's third motion [40] to proceed *in forma pauperis* on appeal is **DENIED**.

**SO ORDERED**, this, the 7th day of June, 2016.

                                                                     **/s/ Sharion Aycock**
                                                                     **U.S. DISTRICT JUDGE**